**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CODY LEE CROMEANS** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:26-cv-97-JMV**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

**ORDER**

This matter comes before the Court following the Court's *sua sponte* Order to Show Cause entered on November 4, 2026 [Doc. 11], due to Plaintiff's failure to comply with the Order Directing Filing of Briefs [Doc. 6].

Plaintiff filed his response to the order to show cause on that same date [Doc. 12], requesting permission to file his brief late under Fed. R. Civ. P. 6(b)(1)(B) due to excusable neglect. Plaintiff also later filed his brief in support of reversal and remand [Doc. 13] on November 4, 2026. The Court has been advised that the Commissioner does not object to the Court accepting Plaintiff's late brief, resetting Commissioner's deadline to file his brief, and resetting the hearing date, as requested in Plaintiff's response to the Order to Show Cause.

**THEREFORE, IT IS ORDERED** that the Court will accept Plaintiff's late brief, and the Commissioner shall file his brief in response by December 9, 2026. The telephonic hearing in this matter will be reset by separate notice.

**SO ORDERED**, this, the 9th day of November, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**